IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW HUDSON,

    Plaintiff,

v.                                                              CASE NO. 1:11-cv-138-MP-GRJ

LEVY COUNTY JAIL,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Plaintiff's Complaint against the Levy County Jail (Doc. 1), which is not accompanied by a filing fee or a motion for leave to proceed *in forma pauperis* (without prepayment of court costs).  (Doc. 1).

    As an initial matter, local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983 or 2000e (Title VII), 28 U.S.C. §§ 1331 or 1346, shall be considered by the court unless the appropriate forms have been properly completed, signed and filed by the litigant."  N.D. Fla. Loc. R. 5.1(J)(2).  Plaintiff must, therefore, submit an "Amended Complaint," clearly designated as such, on court forms which will be provided to him by the Clerk of Court.

    As a secondary problem, Plaintiff has failed to file a motion to proceed *in forma pauperis* (IFP) and financial certificate or pay the filing fee.  The Clerk shall send the form motion and certificate, which must be completed in full, and returned with the complaint form.  Plaintiff's case will not proceed until he has either paid the filing fee ($350.00) or been granted leave to proceed IFP.

**ORDERED:**

1. The Clerk of Court is directed to forward to Plaintiff one (1) § 1983 complaint form for prisoners, as well as a form motion for leave to proceed IFP and a Prisoner Consent Form and Financial Certificate.

2. Plaintiff shall have until **August 10, 2011**, to file an amended complaint on the proper forms with an identical service copy for each defendant, and either: (1) file a motion for IFP, or (2) pay the full $350.00 filing fee.

4. **Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an Order of this Court.**

**DONE AND ORDERED** this 20th day of July, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge