IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANDREW HUDSON,

    Plaintiff,

v.                                                 CASE NO. 1:11-cv-138-MP-GRJ

LEVY COUNTY JAIL,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

    Plaintiff filed a one-page letter to the Court on July 12, 2011 alleging violation of his First Amendment rights by employees of the Levy County Jail. (Doc. 1). Plaintiff failed to submit the Complaint on the standard forms and did not include a filing fee or a motion to proceed as a pauper. On July 20, 2011, this Court ordered Plaintiff no later than August 11, 2011 to submit the Complaint on standard forms and either move to proceed as a pauper or submit the full filing fee. (Doc. 3). This Order was returned to the Court as undeliverable with no forwarding address available. A search of the Florida Department of Corrections online database did not show Plaintiff as currently being in custody of the DOC. Plaintiff has failed to provide the Court with a current address.

    Accordingly, for these reasons, it is respectfully **RECOMMENDED** that this cause should be **DISMISSED** for failure to prosecute and for failure to comply with a court order.

    **IN CHAMBERS** at Gainesville, Florida, this 15th day of August, 2011.

                                           *s/ Gary R. Jones*
                                           GARY R. JONES
                                           United States Magistrate Judge

## NOTICE TO THE PARTIES

  Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 1:11-cv-138-MP-GRJ*